469 A.2d 314

Keslar v. Bashman.

Appeal of William Douglas Bashman.

 Submitted September 30, 1983. Donald Richard Shroyer, for appellant; Thomas Walter Smith, for Keslar, appellee; Marjorie A. Bashman, appellee, in propria persona.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.

ROWLEY, J., concurred in the result.